# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ISAAC KANAMWANGI**                                                                                  **PLAINTIFF**

**VS.**                                                    **4:15-CV-00385-BRW**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY**                                                                          **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.[1] No objections have been filed and the time for doing so has passed.[2] After careful consideration, I conclude that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as my findings in all respects.

Accordingly, Plaintiff's Amended Complaint (Doc. No. 4) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" under 28 U.S.C. § 1915(g).

I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 4th day of August, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.

[2] The deadline to file an objection was August 3, 2015.

[3] See 28 U.S.C. § 1915(a)(3).

1